UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:22-cv-02352-RBD-EJK

MICHAEL R. MCNEIL,

  Plaintiff,

vs.

LEONARDO 711, LLC, et al.,

  Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action as to Defendants, LEONARDO 711, LLC, and CLUB TWENTY-ONE, INC., d/b/a THEE FANTASY SHOPPE. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 19th day of April 2023.

  By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of April 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.


 By: /s/Joe M. Quick, Esq.
     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Attorney for Plaintiff
     Law Office of Joe Quick, P.A.
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail: JMQuickesq@gmail.com